**Order entered January 8, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01107-CV

**SEDELLIA ALSHARKI AND MYLES MACAWAY, Appellants**

**V.**

**TOWNELAKE VILLAGE APARTMENT, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-19-05076-E**

## ORDER

The reporter's record in this appeal has not been filed because appellants have not requested it. By letter dated November 15, 2019, we directed appellants to file, within ten days, written verification they had requested the record. Although we cautioned that failure to comply could result in the appeal being submitted without the reporter's record, they have not complied. Accordingly, we **ORDER** the appeal submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c). As the clerk's record has been filed, we further **ORDER** appellants to file their opening brief no later than February 7, 2020.

/s/ BILL WHITEHILL
   JUSTICE